The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SINA AHMADI,

                          Plaintiff,

        v.

MARCO RUBIO, Secretary of State; and
JEREMY CORNFORTH, Consul General,
U.S. Consulate Sydney,

                          Defendants.

Case No. 2:26-cv-00671-TL

STIPULATED MOTION AND
[PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT
AND FOR INITIAL DISCOVERY
DEADLINES

Noted for Consideration:
July 1, 2026

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Sina Ahmadi and Defendants Marco Rubio and Jeremy Cornforth ("Parties") jointly file this Stipulated Motion asking the Court to extend the deadlines for the filing of Defendants' response to Plaintiff's amended complaint by 30 days, until July 31, 2026, and to extend the deadlines for initial discovery under Federal Rule of Civil Procedure 26(f).

Plaintiff filed his amended complaint on May 18, 2026. Pursuant to the Court's Standing Order for All Civil Cases, the Parties previously filed, and the Court entered, a notice extending Defendants' deadline to respond to the amended complaint and deadlines for initial discovery by 30 days.  Dkts. 17-18.

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND FOR INITIAL
DISCOVERY DEADLINES
Case No. 2:26-cv-00671-TL - 1

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

Recently, Defendants have requested, and Plaintiff has submitted, additional information needed to adjudicate Plaintiff's visa application.  The Parties have agreed to stipulate to an additional 30-day extension of the case schedule, during which Defendants will continue processing Plaintiff's visa application, as follows:

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Defendants' Response to Amended Complaint | July 1, 2026 | July 31, 2026 |
| FRCP 26(f) conference held no later than | July 9, 2026 | August 10, 2026 |
| Initial disclosures due by | July 23, 2026 | August 24, 2026 |
| Parties' Joint Status Report filed by | August 7, 2026 | September 8, 2026 |

The Parties submit there is good cause for the requested extension as it may permit this case to be resolved without further litigation.

**SO STIPULATED.**

DATED this 1st day of July, 2026.

Respectfully Submitted,

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60456
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  sean.arenson@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 228 words, in compliance with the Local Civil Rules.*

*s/ Jennifer Nimer*
JENNIFER NIMER, WSBA #61962
Nimer Law LLC
450 Alaskan Way S., Suite 200
Seattle, WA 98104
Phone: 614-927-0270
Fax: 614-450-6500
Email: jnimer@nimerlaw.com

*Attorney for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND FOR INITIAL
DISCOVERY DEADLINES
Case No. 2:26-cv-00671-TL - 2

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970

# [PROPOSED] ORDER

It is hereby ORDERED that the Parties' motion is GRANTED. The new deadlines are as follows:

| Deadline | Previous Date | New Date |
|---|---|---|
| Defendants' Response to Amended Complaint | July 1, 2026 | July 31, 2026 |
| FRCP 26(f) conference held no later than | July 9, 2026 | August 10, 2026 |
| Initial disclosures due by | July 23, 2026 | August 24, 2026 |
| Parties' Joint Status Report filed by | August 7, 2026 | September 8, 2026 |

DATED this 1st day of July, 2026.

TANA LIN
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND FOR INITIAL DISCOVERY DEADLINES
Case No. 2:26-cv-00671-TL - 3

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
206-553-7970